IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, )<br>)<br>and )<br>)<br>THE CLIMATE CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JIUNN-REN CHEN, )<br>)<br>and )<br>)<br>JOHN AND JANE DOES 1 THROUGH )<br>10 AND OTHER JOHN DOE )<br>CORPORATIONS 1 THROUGH 10 )<br>)<br>Defendants. ) | Case No. 4:16-cv-876 |

## ORDER

This case is before the Court on Plaintiffs Monsanto Company and The Climate Corporation's ("Plaintiffs") Consent Motion for Extension of Temporary Restraining Order. This Court entered a Temporary Restraining Order (the "TRO") on June 17, 2016, Doc. 13.

The parties have since been in in direct communication and have agreed that a further extension of the TRO will be beneficial to allow further time to address matters related to the Complaint and the TRO, Docs. 1, 13. The parties therefore request that the TRO be extended for an additional period of twenty-one (21) days, until Monday, July 18, 2016.

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, this Court may extend the TRO for good cause shown; the adverse party must consent to any requested extension

longer than fourteen (14) days. The Court finds that good cause for an extension has been shown and that Defendant Jiunn-Ren Chen has consented to the twenty-one day period.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Consent Motion for Extension of Temporary Restraining Order is **GRANTED**.

2. The Temporary Restraining Order, Doc. 13, shall expire on **Monday, July 18, 2016 at 11:59 p.m.** unless further extended. Until such time, Defendant Jiunn-Ren Chen is enjoined and restrained as set forth in the Temporary Restraining Order, Doc. 13.

3. Premised upon a timely filing of a motion for preliminary injunction, a hearing to determine whether to convert the Temporary Restraining Order into a preliminary injunction is hereby **SCHEDULED** for **Monday, July 18, 2016 at 1:00 p.m.** before the undersigned.

**IT IS SO ORDERED.**

Dated: 6/27/16

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE